B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**C & M Manufacturing, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3979658** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2222 Pierce Drive**<br>**Spring Grove, IL**<br><div align="right">ZIP Code<br>**60081**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **C & M Manufacturing, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                   Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **C & M Manufacturing, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ JASON H. ROCK**
Signature of Attorney for Debtor(s)

**JASON H. ROCK**
Printed Name of Attorney for Debtor(s)

**BARRICK, SWITZER LAW OFFICE**
Firm Name

**6833 STALTER DRIVE**
**FIRST FLOOR**
**ROCKFORD, IL 61108**
Address

**(815) 962-6611  Fax: (815) 962-1758**
Telephone Number

**July  2, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mark Ocken**
Signature of Authorized Individual

**Mark Ocken**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July  2, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **C & M Manufacturing, Inc.** _____ ,    Case No. _____
                                                     Debtor

                                                          Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 649,901.38 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 576,686.57 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 56,915.88 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 587,489.89 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| | Total Assets | | 649,901.38 | | |
| | Total Liabilities | | | 1,221,092.34 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **C & M Manufacturing, Inc.**                                                                           ,        Case No. _____

                                                        Debtor                         Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                           Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **C & M Manufacturing, Inc.**                                   ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **C & M Manufacturing, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **State Bank Of The Lakes** **Account No. 445000171** | - | 0.00 |
| | | **Bank Of America f/k/a LaSalle Bank** **Account No. 5200954682** | - | 15.34 |
| | | **ING Direct** **Account No. 73137540** | - | 0.00 |
| | | **Spring Grove State Bank** **Account No.: 1385865** | - | 227.24 |
| | | **Chase Business Checking** | - | 60.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **ComEd Utility Deposit** | - | 115.88 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >        418.46
(Total of this page)

__4__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **C & M Manufacturing, Inc.**                                                    ,    Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Ancker Corp. | - | 4,381.92 |
| | | Delta Systems, Inc. | - | 630.00 |
| | | Quickparts.com | - | 900.00 |
| | | Mark & Karen Ocken (Loan To Shareholders) | - | 407,470.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >    413,381.92
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **C & M Manufacturing, Inc.** _____,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer List** | - | 1.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1993 Ford Ranger** | - | 200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **9 Desks; 10 Chairs; 6 Stools; Credenza; 4 Drawer Filing Cabinet; Xerox Copier; Reception Chairs; Filing Cabinet; Bookcase; Microwave; Hutch & General Office Supplies** | - | 2,500.00 |
| | | **5 Personal Computers With Assorted Monitors & Printers** | - | 1,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **1996 Fadal vmc 20 (vertical machining center) (#20 represents axis travel on X Y Z).** | - | 8,000.00 |
| | | **1997 Fadal vmc 3016 (note x 30" travel and y 16:" travel) all z travel is 20").** | - | 10,000.00 |
| | | **1995 Fadal vmc 40** | - | 7,000.00 |
| | | Sub-Total > (Total of this page) | | 29,201.00 |

Sheet __**2**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **C & M Manufacturing, Inc.**                                                          ,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1997 fadal 6030 | - | 25,000.00 |
| | | 2000 Fadal vmc 4020 box way style machine | - | 30,000.00 |
| | | 1994 Fadal vmc 2216 | - | 7,000.00 |
| | | 1995 Fadal vmc 2216 with $12,000 manual Midaco pallet option installed | - | 10,000.00 |
| | | 1997 Fadal vmc 2216 with 4th axis prewire option. This machine will accept a 4th axis | - | 10,000.00 |
| | | 1995 Fadal vmc 15 | - | 8,000.00 |
| | | 1993 Fadal vmc 2216 out of service with bad spindle driver (cost to fix approx. $4500). | - | 1,600.00 |
| | | 2000 Kitamura Horizontal Machining center with twin automatic pallets, full 4th axis | - | 55,000.00 |
| | | 1994 Mazak Quick Turn 8 cnc lathe | - | 10,000.00 |
| | | 1989 Mitsubishi Wire EDM Machine | - | 6,000.00 |
| | | Manual shear to cut sheet metal | - | 200.00 |
| | | Hardinge tool room lathe with assorted tooling and thread cutting option. | - | 2,000.00 |
| | | Bridgeport manual milling machine with auto feed and digital readouts. | - | 3,500.00 |
| | | Drill Press | - | 100.00 |
| | | 1996 auto feed DoAll cutoff saw with material table | - | 1,500.00 |
| | | 1960s Grob heavy duty band saw | - | 1,500.00 |
| | | 2004 Air compressor very large capacity to run entire machine shop. | - | 2,500.00 |
| | | 1998 manual operated coordinate measuring machine/with computer and printouts. | - | 7,000.00 |

Sub-Total >       180,900.00
(Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **C & M Manufacturing, Inc.** ,   Case No. _____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Approx. 45 command assorted cat 40 taper tooling holders; Approx. 60 command collets for the aboe cat 40 holders; Approx. 45 pull studs for cat 40 tool holders that fit Fadal spindles; full set of 5c collets for lathe spindles; 50 or more lathe cutter holders and carbide cutting ends; Assorted measuing equipment, gauges, measuring pins, micrometers, precision Jobe block, granite plate; Assorted wrenches; material rack home made; Minimum of 100 disposable cutting tools for milling including high speed ends mills, cobalt end mills and carbide end mills most of which are used. | - | 10,000.00 |
| | | **1995 Fork Lift** | - | 6,000.00 |
| | | **Mori-Seiki MH63 Machining Center** | - | 10,000.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 26,000.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 649,901.38 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

**B6D (Official Form 6D) (12/07)**

In re **C & M Manufacturing, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of America<br>c/o Chris Lucero<br>350 West North Avenue<br>Addison, IL 60101** | X | - | **Purchase money loan**<br><br>**Kitamura Machining Center**<br><br>Value $ 55,000.00 | | | | 65,000.00 | 10,000.00 |
| Account No.<br><br>**Bank of America<br>c/o Chris Lucero<br>350 West North Avenue<br>Addison, IL 60101** | X | - | **Blanket Loan & Commercial Security Agr**<br><br>Value $ 209,000.00 | | | | 263,476.39 | 54,476.39 |
| Account No.<br><br>**Center Capital<br>P.O. Box 15153<br>Wilmington, DE 19886-5153** | X | - | **Purchase Money Loan**<br><br>**1994 Fadal VMC 2216**<br><br>Value $ 7,000.00 | | | | 10,545.91 | 3,545.91 |
| Account No.<br><br>**GE Capital<br>P.O. Box 740425<br>Atlanta, GA 30374** | | - | **Balance After Sale of Toyoda Horizontal Machining Center**<br><br>Value $ 0.00 | | | | 65,664.27 | 65,664.27 |
| __2__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 404,686.57 | 133,686.57 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                     Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **C & M Manufacturing, Inc.**                          ,     Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx9000** <br><br>**National City Bank** <br>**995 Dalton Avenue** <br>**Cincinnati, OH 45203** | X | - | **Purchase Money Loan** <br><br>**1997 Fadal VMC 3016** <br><br>Value $ **7,000.00** | | | | 20,000.00 | 13,000.00 |
| Account No. **xxxx7000** <br><br>**National City Bank** <br>**995 Dalton Avenue** <br>**Cincinnati, OH 45203** | X | - | **Balance Following Sale of Mori-Seiki Machining Center** <br><br>Value $ **0.00** | | | | 50,000.00 | 50,000.00 |
| Account No. <br><br>**National City Bank** <br>**995 Dalton Avenue** <br>**Cincinnati, OH 45203** | | - | **Loan Balance After Sale of J & L Lathe** <br><br>Value $ **0.00** | | | | 30,000.00 | 30,000.00 |
| Account No. <br><br>**Rapid Capital** <br>**c/o John Turnham** <br>**14525 Highway 7, Suite 350** <br>**Minnetonka, MN 55345** | X | - | **Purchase Money Loan** <br><br>**1997 Fadal VMC 2216** <br><br>Value $ **10,000.00** | | | | 15,000.00 | 5,000.00 |
| Account No. <br><br>**Rapid Capital** <br>**c/o John Turnham** <br>**14525 Highway 7, Suite 350** <br>**Minnetonka, MN 55345** | X | - | **Balance Of Loan Following Sale Of Lathe** <br><br>Value $ **0.00** | | | | 2,000.00 | 2,000.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 117,000.00 | 100,000.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **C & M Manufacturing, Inc.**                                          ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx88 - MH63** | | | **Balance Of Loan Following Sale Of Mori-Seiki Machining Center** | | | | | |
| **Royal Bank**<br>**9226 S. Commercial Avenue**<br>**Chicago, IL 60617** | X | - | | | | | | |
| | | | Value $ **0.00** | | | | **55,000.00** | **55,000.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet ___**2**___ of ___**2**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **55,000.00** | **55,000.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **576,686.57** | **288,686.57** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re  **C & M Manufacturing, Inc.**                                                      Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **C & M Manufacturing, Inc.** _____ ,    Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | 2007 Taxes | | | | | |
| IL Dept. of Employment Security 3134 - 11th Street Rockford, IL 61109 | - | | | | | | | 0.00 |
| | | | | | | | 4,925.31 | 4,925.31 |
| Account No. | | | 2008 | | | | | |
| IL Dept. of Employment Security 3134 - 11th Street Rockford, IL 61109 | - | | | | | | | 0.00 |
| | | | | | | | 3,667.03 | 3,667.03 |
| Account No. | | | 2007 Taxes | | | | | |
| Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114-0326 | - | | | | | | | 0.00 |
| | | | | | | | 20,960.11 | 20,960.11 |
| Account No. | | | 2008 Taxes | | | | | |
| Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114-0326 | - | | | | | | | 0.00 |
| | | | | | | | 24,208.30 | 24,208.30 |
| Account No. | | | 2008 Taxes | | | | | |
| WI Dept. of Revenue 2135 Rimrock Road Madison, WI 53713 | - | | | | | | | 0.00 |
| | | | | | | | 3,155.13 | 3,155.13 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 56,915.88 | 56,915.88 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 56,915.88 | 56,915.88 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __C & M Manufacturing, Inc._____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **A-1 Air Compressor** **679 W. Witnhrop Ave.** **Addison, IL 60101** | - | | | | | | | | **671.50** |
| Account No. | | | | | | | | | |
| **Adept Technology, Inc.** **3011 Triad Drive** **Livermore, CA 94551** | - | | | | | | | | **54,537.09** |
| Account No. | | | | | | | | | |
| **Alro Group** **P.O. Box 6400** **Drawer #641005** **Detroit, MI 48201** | - | | | | | | | | **1.00** |
| Account No. **xx SC 1342** | | | | | **Collection Action** | | | | |
| **Alro Steel Corporation** **Fulbright & Associates, P.C.** **P.O. Box 1510** **Rockford, IL 61110-0010** | - | | | | | | | | **5,825.20** |

__16__ continuation sheets attached

Subtotal
(Total of this page)   **61,034.79**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 S/N:21001-080701   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **C & M Manufacturing, Inc.** _____ ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x9409** <br><br>**Attorney David J. Axelrod**<br>**1448 Old SKokie Road**<br>**Highland Park, IL 60035** | - | | Attorney for Armor Systems Corporation | | | | 1.00 |
| Account No. <br><br>**Attorney Vincent T. Borst**<br>**180 N. Stetson Street**<br>**Suite 3050**<br>**Chicago, IL 60601** | - | | Collection for National City Commercial Capital, LLC | | | | 1.00 |
| Account No. **xxxxxx4109** <br><br>**Aurora Medical Group Burlington**<br>**P.O. Box 340920**<br>**Milwaukee, WI 53234** | - | | | | | | 113.00 |
| Account No. <br><br>**Automation Support**<br>**P.O. Box 566**<br>**Itasca, IL 60143** | - | | | | | | 1,169.50 |
| Account No. <br><br>**BK Computer Consulting Ltd.**<br>**233 W. Country Walk**<br>**Round Lake, IL 60073-4002** | - | | | | | | 2,697.34 |

Sheet no. __1__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,981.84

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **C & M Manufacturing, Inc.**                                       ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **x9463** <br><br>**Blitt & Gaines** <br>**661 Glenn Avenue** <br>**Wheeling, IL 60090** | - | | | | | | | | 20.00 |
| Account No. <br><br>**Center Capital Corporation** <br>**P.O. Box 330** <br>**Hartford, CT 06132** | - | | | | | | | | 12,492.74 |
| Account No. **xxxxxxxxxxx1774** <br><br>**Chase Cardmember Services** <br>**P.O. Box 15153** <br>**Wilmington, DE 19886** | - | | | | Charge Card | | | | 222.54 |
| Account No. **xxxx-xxxx-xxxx-3320** <br><br>**Chase Cardmember Services** <br>**P.O. Box 15153** <br>**Wilmington, DE 19886** | - | | | | Charge Card | | | | 3,475.09 |
| Account No. <br><br>**Chicago Suburban Express** <br>**P.O. Box 388568** <br>**Chicago, IL 60661** | - | | | | | | | | 49.17 |

Sheet no. __**2**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,259.54

B6F (Official Form 6F) (12/07) - Cont.

In re __C & M Manufacturing, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Citibank**<br>**Box 6000**<br>**The Lakes, NV 89163-6000** | - | | | | | | | 8,904.03 |
| Account No.<br><br>**Colmar Industrial Supplies**<br>**310 Melvin Drive**<br>**Northbrook, IL 60062** | - | | | | | | | 1,207.94 |
| Account No.<br><br>**Commercial Finishes**<br>**540 Lively Blvd.**<br>**Elk Grove Village, IL 60007** | - | | | | | | | 1,351.05 |
| Account No.<br><br>**Community Shoppers**<br>**5555 Rufe Snow Drive**<br>**Suite 5515**<br>**North Richland Hills, TX 76180** | - | | | | | | | 99.50 |
| Account No.<br><br>**Corporate Services, Inc.**<br>**208 Kishwaukee Street**<br>**Rockford, IL 61104** | - | | | | | | | 35.77 |

Sheet no. __3___ of __16__ sheets attached to Schedule of          Subtotal          11,598.29
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **C & M Manufacturing, Inc.**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9899** <br><br> Corporation Service Company <br> P.O. Box 13397 <br> Philadelphia, PA 19101-3397 | - | | | | | | 268.32 |
| Account No. <br><br> Crossbow Industrial Water <br> 33156 Treasury Center <br> Chicago, IL 60694-3100 | - | | | | | | 225.00 |
| Account No. **xxxx xxxx xxxx xxx8 552** <br><br> Dell Business Credit Payment <br> Processing Center <br> P.O. Box 5275 <br> Carol Stream, IL 60197-5275 | - | | | | | | 73.00 |
| Account No. **xxx-xxxxxx9-001** <br><br> Dell Financial Services <br> Payment Processing Center <br> P.O. Box 5275 <br> Carol Stream, IL 60197-5292 | - | | | | | | 59.64 |
| Account No. **xxx-xxxxxx9-002** <br><br> Dell Financial Services <br> Payment Processing Center <br> P.O. Box 5275 <br> Carol Stream, IL 60197-5292 | - | | | | | | 192.73 |

Sheet no. __4__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        818.69

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **C & M Manufacturing, Inc.**                                                      Case No. _____
                                                                                    ,
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxx5-002**<br><br>**Dell Financial Services**<br>**Payment Processing Center**<br>**P.O. Box 5275**<br>**Carol Stream, IL 60197-5292** | | - | | | | | **42.69** |
| Account No. **xxx-xxxxxx5-003**<br><br>**Dell Financial Services**<br>**Payment Processing Center**<br>**P.O. Box 5275**<br>**Carol Stream, IL 60197-5292** | | - | | | | | **71.35** |
| Account No.<br><br>**E2 Shop Tech**<br>**131 New London Surnpike Suite 215**<br>**Glastonbury, CT 06033** | | - | | | | | **95.00** |
| Account No.<br><br>**Eagle Concepts**<br>**P.O. Box 52**<br>**Eagle, WI 53119** | | - | | | | | **1,587.50** |
| Account No. **x xxxx9000**<br><br>**Fadal Machining Centers, LLC**<br>**P.O. Box 2541**<br>**Carol Stream, IL 60188** | | - | | | | | **7,223.14** |

Sheet no. __5__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,019.68**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **C & M Manufacturing, Inc.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Farmer, Poklop, Hopa & Co.** <br> **1100 South Old Rand Road** <br> **Lake Zurich, IL 60047** | - | | | | | | | **7,456.50** |
| Account No. <br><br> **FedEx** <br> **P.O. Box 94515** <br> **Palatine, IL 60094-4515** | - | | | | | | | **45.12** |
| Account No. <br><br> **Ford Motor Credit** <br> **P.O. Box 94380** <br> **Palatine, IL 60094** | - | | | | | | | **1,164.40** |
| Account No. **x2400** <br><br> **Fox Lake Ace Hardware** <br> **10 E. Grand** <br> **Fox Lake, IL 60020** | - | | | | | | | **779.85** |
| Account No. <br><br> **FPM Heat Treating** <br> **1715 Momentum Place** <br> **Chicago, IL 60661** | - | | | | | | | **101.94** |

Sheet no. __6__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **9,547.81**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **C & M Manufacturing, Inc.**                                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x7 LA 198** <br><br> **General Electric Capital Attorney Deborah Asen, Ltd. 217 N. Jefferson, Suite 600 Chicago, IL 60661** | | - | | Collection Action | | | | 78,164.27 |
| Account No. **579** <br><br> **General Magnaplate Corporation 1331 Route 1 Linden, NJ 07036** | | - | | | | | | 1,294.80 |
| Account No. <br><br> **Graham, Graham & Sbertoli, Ltd. 140 S. Milwaukee Avenue Libertyville, IL 60048** | | - | | | | | | 1,175.00 |
| Account No. <br><br> **Heritage-Crystal Clean, LLC 13621 Collections Center Drive Chicago, IL 60693-0136** | | - | | | | | | 392.00 |
| Account No. **xx SC 2051** <br><br> **Hopkins Machine Corporation Franks, Gerkin & McKenna 19333 E. Grand Highway P.O. Box 5 Marengo, IL 60152** | | - | | Collection Action | | | | 3,855.93 |

Sheet no. __7___ of __16__ sheets attached to Schedule of                              Subtotal                84,882.00
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **C & M Manufacturing, Inc.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Hopkins Machining** <br>**4243 W. Diversey Avenue** <br>**Chicago, IL 60661** | | - | | | | | 2,300.00 |
| Account No. <br><br>**In Place Machining** <br>**3811 N. Holton Street** <br>**Milwaukee, WI 53201** | | - | | | | | 1,233.15 |
| Account No. <br><br>**Innovative Metal Services, Inc.** <br>**27 W. 130 Roosevelt Road** <br>**Winfield, IL 60190** | | - | | | | | 1,233.15 |
| Account No. **xx5564** <br><br>**J & L Industrial Supply** <br>**20921 Lahser Road** <br>**Southfield, MI 48033-4432** | | - | | | | | 38,608.87 |
| Account No. <br><br>**Jed' Packaging** <br>**10436 S. Lawndale** <br>**Chicago, IL 60661** | | - | | | | | 795.67 |

| | | | |
|---|---|---|---|
| Sheet no. __8__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | Subtotal (Total of this page) | 44,170.84 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **C & M Manufacturing, Inc.**                                      ,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jensen Metal Products, Inc.** <br> **7800 Northwestern Avenue** <br> **Racine, WI 53404** | - | | | | | | 1,181.61 |
| Account No. <br><br> **Kircher Fire Protection** <br> **4420 W. Hi Point Road** <br> **Mchenry, IL 60050** | - | | | | | | 105.83 |
| Account No. <br><br> **Law Office of Neil J. Anderson** <br> **1927 Main Street** <br> **Spring Grove, IL 60081** | - | | | | | | 1,800.00 |
| Account No. **xxx6221** <br><br> **Lee Spring Company** <br> **1462 62nd Street** <br> **Brooklyn, NY 11201** | - | | | | | | 104.40 |
| Account No. **x3612** <br><br> **Liebovich Steel & Aluminum Co.** <br> **75 Remittance Drive** <br> **Rockford, IL 61102** | - | | | | | | 6,581.78 |

Sheet no. __9__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,773.62**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **C & M Manufacturing, Inc.**                                      ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **C&MMFG**  Machine Tool Technology - 21, Inc. 950 Estes Ct. Schaumburg, IL 60193 | - | | | | | | | | 91.08 |
| Account No.  Machinery Tooling & Supply 616 E. State Pkwy Schaumburg, IL 60173 | - | | | | | | | | 1,449.80 |
| Account No. **xx4740**  Macke Water Systems P.O. Box 545 Wheeling, IL 60090 | - | | | | | | | | 215.70 |
| Account No.  Material Handling Services, Inc. 4414 - 11th Street Rockford, IL 61109 | - | | | | | | | | 115.08 |
| Account No. **xxxx9200**  McMaster Carr P.O. Box 7690 Chicago, IL 60680 | - | | | | | | | | 6,630.38 |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,502.04

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **C & M Manufacturing, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Metro Machinery Rebuilders** **2701 Nicholas Road** **Franksville, WI 53126** | | | | | | | **6,742.00** |
| Account No. **xxxx1000** | | - | | | | | |
| **National City** **P.O. Box 931034** **Cleveland, OH 44193** | | | | | | | **2,913.66** |
| Account No. | | - | | | | | |
| **National City Bank** **995 Dalton Avenue** **350 West North Avenue** **Cincinnati, OH 45203** | | | | | | | **30,000.00** |
| Account No. **xxxx9000** | | - | | | | | |
| **National City Commercial Capital** **995 Dalton Avenue** **Cincinnati, OH 45203** | | | | | | | **2,082.00** |
| Account No. | | - | | | | | |
| **Network Solutions** **P.O. Box 3999** **Burlington, MA 01803** | | | | | | | **29.99** |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **41,767.65**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __C & M Manufacturing, Inc._____,    Case No. _____

                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4065** <br><br> **Newark in One** <br> **4801 N. Ravenswood Avenue** <br> **Chicago, IL 60661** | - | | | | | | 1,526.98 |
| Account No. <br><br> **PMA Sales, Inc.** <br> **1082 Pathview Court** <br> **Dacula, GA 30019** | - | | | | | | 83.40 |
| Account No. <br><br> **Robbins Technical** <br> **P.O. Box 266** <br> **Williams Bay, WI 53191** | - | | | | | | 224.05 |
| Account No. <br><br> **Rockford Forms & Graphics** <br> **8173 Starwood Drive** <br> **Rockford, IL 61108** | - | | | | | | 120.37 |
| Account No. <br><br> **Ron Weidner** <br> **7705 Industrial Drive** <br> **Spring Grove, IL 60081** | - | | **Monies Due Under Commercial Lease** | | | | 265,000.00 |

| | |
|---|---|
| Sheet no. __12__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)    266,954.80 |

B6F (Official Form 6F) (12/07) - Cont.

In re **C & M Manufacturing, Inc.** ,   Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>S.A. Meier Co. of Milwaukee, Inc.<br>230 James Street<br>Wales, WI 53183 | - | | | | | | 1,741.99 |
| Account No. <br><br>S.O.S. Inc.<br>P.O. Box 83<br>Westfield, WI 53964 | - | | | | | | 1,170.00 |
| Account No. <br><br>Saporito Finishing Co.<br>P.O. Box 669<br>Elgin, IL 60123 | - | | | | | | 90.00 |
| Account No. <br><br>Sprint<br>P.O. Box 219554<br>Kansas City, MO 64121 | - | | | | | | 209.09 |
| Account No. **x0775** <br><br>Steiner Electric Company<br>1250 Touhy Avenue<br>Elk Grove Village, IL 60007-5302 | - | | | | | | 678.12 |

Sheet no. __13__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **3,889.20**

B6F (Official Form 6F) (12/07) - Cont.

In re    **C & M Manufacturing, Inc.**                                          ,    Case No. _____

                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Svenson Consulting**<br>**2424 N. Hidden Trail Blvd.**<br>**Springfield, IL 62701** | - | | | | | | **725.00** |
| Account No. **AAxxx6169**<br><br>**Symetra Life Insurance Company**<br>**Box 34815**<br>**Seattle, WA 98060** | - | | | | | | **234.00** |
| Account No.<br><br>**T.P.C.O., LLC**<br>**Dept. CH**<br>**Box 14193**<br>**Palatine, IL 60067** | - | | | | | | **9,266.09** |
| Account No.<br><br>**The Tipler Corporation**<br>**2745 Curtiss Street**<br>**Downers Grove, IL 60559** | - | | | | | | **167.29** |
| Account No.<br><br>**Thomas Publishing Company, LLC**<br>**Box 223152**<br>**Pittsburgh, PA 15201** | - | | | | | | **1,727.96** |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,120.34**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **C & M Manufacturing, Inc.** _____ ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Total Plastics, Inc.** <br> **23559 Network Place** <br> **Chicago, IL 60661** | - | | | | | | 482.04 |
| Account No. <br><br> **Treasury Department Union Special C** <br> **One Union Special Plaza** <br> **Huntley, IL 60142** | - | | | | | | 209.68 |
| Account No. <br><br> **Uline** <br> **2105 S. Lakeside Drive** <br> **Waukegan, IL 60085** | - | | | | | | 60.83 |
| Account No. <br><br> **UP Special Delivery, Inc.** <br> **821 East Blvd.** <br> **Kingsford, MI 49802** | - | | | | | | 162.00 |
| Account No. **xE0889** <br><br> **UPS** <br> **Lockbox 577** <br> **Carol Stream, IL 60132-0577** | - | | | | | | 481.89 |

Sheet no. __15__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,396.44**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **C & M Manufacturing, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxx3-001**<br><br>**Varesources, Inc.**<br>**P.O. Box 6434**<br>**Carol Stream, IL 60132** | | - | | | | | **1,322.32** |
| Account No. **CNM001**<br><br>**Wishcom Wireless**<br>**2249 Pierce Drive**<br>**Spring Grove, IL 60081** | | - | | | | | **450.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __16__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,772.32**

Total
(Report on Summary of Schedules)    **587,489.89**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **C & M Manufacturing, Inc.** _____ ,    Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **C & M Manufacturing, Inc.** _____,   Case No. _____
                                         Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mark & Karen Ocken**<br>**2541 Countryside Drive**<br>**Delavan, WI 53115** | **Bank of America**<br>**c/o Chris Lucero**<br>**350 West North Avenue**<br>**Addison, IL 60101** |
| **Mark & Karen Ocken**<br>**2541 Countryside Drive**<br>**Delavan, WI 53115** | **Bank of America**<br>**c/o Chris Lucero**<br>**350 West North Avenue**<br>**Addison, IL 60101** |
| **Mark & Karen Ocken**<br>**2541 Countryside Drive**<br>**Delavan, WI 53115** | **Center Capital**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** |
| **Mark & Karen Ocken**<br>**2541 Countryside Drive**<br>**Delavan, WI 53115** | **National City Bank**<br>**995 Dalton Avenue**<br>**Cincinnati, OH 45203** |
| **Mark & Karen Ocken**<br>**2541 Countryside Drive**<br>**Delavan, WI 53115** | **National City Bank**<br>**995 Dalton Avenue**<br>**Cincinnati, OH 45203** |
| **Mark & Karen Ocken**<br>**2541 Countryside Drive**<br>**Delavan, WI 53115** | **Rapid Capital**<br>**c/o John Turnham**<br>**14525 Highway 7, Suite 350**<br>**Minnetonka, MN 55345** |
| **Mark & Karen Ocken**<br>**2541 Countryside Drive**<br>**Delavan, WI 53115** | **Rapid Capital**<br>**c/o John Turnham**<br>**14525 Highway 7, Suite 350**<br>**Minnetonka, MN 55345** |
| **Mark & Karen Ocken**<br>**2541 Countryside Drive**<br>**Delavan, WI 53115** | **Royal Bank**<br>**9226 S. Commercial Avenue**<br>**Chicago, IL 60617** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **C & M Manufacturing, Inc.**                                        Case No. _____

Debtor(s)                              Chapter   **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**32**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July  2, 2008** _____          Signature   **/s/ Mark Ocken** _____

                                                              **Mark Ocken**
                                                              **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **C & M Manufacturing, Inc.**                                          Case No. _____

_____  Chapter   **7**   _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$309,663.93** | **2008 Gross Receipts.** |
| **$1,018,177.00** | **2007 Gross Receipts** |
| **$1,965,362.00** | **2006 Gross Receipts** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                        SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **General Electric Capital Attorney Deborah Asen, Ltd. 217 N. Jefferson, Suite 600 Chicago, IL 60661** | **April 5, 2008** | **$12,503.00** | **$3,158.92** |
| **Metal Mart International, Inc. 5828 Smithway Street 90040** | **April 2, 2008** | **$11,136.50** | **$0.00** |
| **Ron Weidner 7705 Industrial Drive Spring Grove, IL 60081** | **March 2008** | **$7,470.00** | **$265,000.00** |
| **Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114-0326** | **March 2008, April 2008 & May 2008** | **$21,376.00** | **$23,792.41** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **General Electric Capital v. C & M Manufacturing, Inc. Case No.  07 LA 198** | **Collection** | **22nd Judicial Circuit, McHenry County State of Illinois** | **Post-Judgment Proceedings** |
| **Hopkins Machine Corporation v. C & M Manufacturing, Inc. Case No.:  07 SC 2051** | **Collection** | **22nd Judicial Circuit, McHenry County State of Illinois** | **Judgment** |
| **Alro Steel Corporation v. C & M Manufacturing, Inc. Case No.:  08 SC 1342** | **Collection** | **22nd Judicial Circuit, McHenry County State of Illinois** | **Post-Judgment Proceedings** |
| **National City Commercial Capital, LLC v C&M Manufacturing, Inc. Case No.:  08 C 50022** | **Breach Of Contract/Replevin** | **United States District Court Northern District of Illinois, Western Division** | **Pending** |
| **Armor Systems Corporation v C&M Manufacturing** | | | **Judgment Entered** |

None
☐
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **General Electric Capital Attorney Deborah Asen, Ltd. 217 N. Jefferson, Suite 600 Chicago, IL 60661** | **April 2008** | **$12,503.00** |

**5.  Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☐    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Lincoln Mark Truck LT; $32,786.70 Paid To Lender** | **Vehicle Accident In Walworth County;** | **February 3, 2008** |

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Barrick Switzer Law Office 6833 Stalter Drive First Floor Rockford, IL 61108** | **May 29, 2008** | **$2,299.00 (Including Filing Fee)** |

### 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Champion Machinery (Broker)** | **March 2008** | **MH80 Machine; $25,000 Sale Proceeds To Secured Lender** |

5

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **THC Technologies (Broker) TX** | **June 2007** | **2 Lathes; $20,000.00** |
| **Jeff Foster (Broker)** | **February 2008** | **1 Lathe; $10,000.00** |
| **Unknown** | **October 2007** | **Toyoda Machine; $75,000.00** |

None ■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Prototech Molding** | | **2222 Pierce Drive Spring Grove, IL 60081** | **Manufacture Of Molded Protype Parts** | **2000 - 2005** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
| | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Karen Ocken 2541 Countryside Drive Delavan, WI 53115** | **2002 - Present** |
| **Farmer, Poklop, Hoppa & Co. 1100 South Old Rand Road Lake Zurich, IL 60047** | **2000 - Present** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|
| | | |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| | |

8

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                           DATE ISSUED

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                    RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST           PERCENTAGE OF INTEREST

None □   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Karen Ocken** <br> **2541 Countryside Drive** <br> **Delavan, WI 53115** | **Vice-President** | **51%** |
| **Mark Ocken** <br> **2541 Countryside Drive** <br> **Delavan, WI 53115** | **President/Secretary/Treasurer** | **49%** |

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                          DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                             DATE OF TERMINATION

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None □
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Karen Ocken** **2541 Countryside Drive** **Delavan, WI 53115** **51% Owner and Vice-President** | **Salary & Shareholder Loan Repayments** | **$63,000.05** |
| **Mark Ocken** **2541 Countryside Drive** **Delavan, WI 53115** **49% Owner, President/Secretary/Treasurer** | **Salary & Shareholder Loan Repayments** | **$48,514.41** |

**24. Tax Consolidation Group.**

None ■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None □
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)
**Hartford Group, Group Policy**

**Century Life Insurance Co., 401(k)**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **July  2, 2008**                          Signature    **/s/ Mark Ocken**

                                                            **Mark Ocken**
                                                            **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Northern District of Illinois

In re **C & M Manufacturing, Inc.** _____   Case No. _____

Debtor(s)   Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept............................................................. | $ **2,000.00** |
| Prior to the filing of this statement I have received.............................................. | $ **2,000.00** |
| Balance Due................................................................................................................ | $ **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July 2, 2008** _____       **/s/ JASON H. ROCK**
                                                        **JASON H. ROCK**
                                                        **BARRICK, SWITZER LAW OFFICE**
                                                        **6833 STALTER DRIVE**
                                                        **FIRST FLOOR**
                                                        **ROCKFORD, IL 61108**
                                                        **(815) 962-6611   Fax: (815) 962-1758**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **C & M Manufacturing, Inc.**                          Case No.

Debtor(s)        Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:           **87**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July  2, 2008**                      **/s/ Mark Ocken**

                                         **Mark Ocken**/President
                                       Signer/Title

A-1 Air Compressor
679 W. Witnhrop Ave.
Addison, IL 60101


Adept Technology, Inc.
3011 Triad Drive
Livermore, CA 94551


Alro Group
P.O. Box 6400
Drawer #641005
Detroit, MI 48201


Alro Steel Corporation
Fulbright & Associates, P.C.
P.O. Box 1510
Rockford, IL 61110-0010


Attorney David J. Axelrod
1448 Old SKokie Road
Highland Park, IL 60035


Attorney Vincent T. Borst
180 N. Stetson Street
Suite 3050
Chicago, IL 60601


Aurora Medical Group Burlington
P.O. Box 340920
Milwaukee, WI 53234


Automation Support
P.O. Box 566
Itasca, IL 60143


Bank of America
c/o Chris Lucero
350 West North Avenue
Addison, IL 60101


BK Computer Consulting Ltd.
233 W. Country Walk
Round Lake, IL 60073-4002

Blitt & Gaines
661 Glenn Avenue
Wheeling, IL 60090


Center Capital
P.O. Box 15153
Wilmington, DE 19886-5153


Center Capital Corporation
P.O. Box 330
Hartford, CT 06132


Chase Cardmember Services
P.O. Box 15153
Wilmington, DE 19886


Chicago Suburban Express
P.O. Box 388568
Chicago, IL 60661


Citibank
Box 6000
The Lakes, NV 89163-6000


Colmar Industrial Supplies
310 Melvin Drive
Northbrook, IL 60062


Commercial Finishes
540 Lively Blvd.
Elk Grove Village, IL 60007


Community Shoppers
5555 Rufe Snow Drive
Suite 5515
North Richland Hills, TX 76180


Corporate Services, Inc.
208 Kishwaukee Street
Rockford, IL 61104


Corporation Service Company
P.O. Box 13397
Philadelphia, PA 19101-3397

Crossbow Industrial Water
33156 Treasury Center
Chicago, IL 60694-3100

Dell Business Credit Payment
Processing Center
P.O. Box 5275
Carol Stream, IL 60197-5275

Dell Financial Services
Payment Processing Center
P.O. Box 5275
Carol Stream, IL 60197-5292

E2 Shop Tech
131 New London Surnpike Suite 215
Glastonbury, CT 06033

Eagle Concepts
P.O. Box 52
Eagle, WI 53119

Fadal Machining Centers, LLC
P.O. Box 2541
Carol Stream, IL 60188

Farmer, Poklop, Hopa & Co.
1100 South Old Rand Road
Lake Zurich, IL 60047

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

Ford Motor Credit
P.O. Box 94380
Palatine, IL 60094

Fox Lake Ace Hardware
10 E. Grand
Fox Lake, IL 60020

FPM Heat Treating
1715 Momentum Place
Chicago, IL 60661

GE Capital
P.O. Box 740425
Atlanta, GA 30374

General Electric Capital
Attorney Deborah Asen, Ltd.
217 N. Jefferson, Suite 600
Chicago, IL 60661

General Magnaplate Corporation
1331 Route 1
Linden, NJ 07036

Graham, Graham & Sbertoli, Ltd.
140 S. Milwaukee Avenue
Libertyville, IL 60048

Heritage-Crystal Clean, LLC
13621 Collections Center Drive
Chicago, IL 60693-0136

Hopkins Machine Corporation
Franks, Gerkin & McKenna
19333 E. Grand Highway P.O. Box 5
Marengo, IL 60152

Hopkins Machining
4243 W. Diversey Avenue
Chicago, IL 60661

IL Dept. of Employment Security
3134 - 11th Street
Rockford, IL 61109

In Place Machining
3811 N. Holton Street
Milwaukee, WI 53201

Innovative Metal Services, Inc.
27 W. 130 Roosevelt Road
Winfield, IL 60190

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

J & L Industrial Supply
20921 Lahser Road
Southfield, MI 48033-4432


Jed' Packaging
10436 S. Lawndale
Chicago, IL 60661


Jensen Metal Products, Inc.
7800 Northwestern Avenue
Racine, WI 53404


Kircher Fire Protection
4420 W. Hi Point Road
Mchenry, IL 60050


Law Office of Neil J. Anderson
1927 Main Street
Spring Grove, IL 60081


Lee Spring Company
1462 62nd Street
Brooklyn, NY 11201


Liebovich Steel & Aluminum Co.
75 Remittance Drive
Rockford, IL 61102


Machine Tool Technology - 21, Inc.
950 Estes Ct.
Schaumburg, IL 60193


Machinery Tooling & Supply
616 E. State Pkwy
Schaumburg, IL 60173


Macke Water Systems
P.O. Box 545
Wheeling, IL 60090


Mark & Karen Ocken
2541 Countryside Drive
Delavan, WI 53115

Material Handling Services, Inc.
4414 - 11th Street
Rockford, IL 61109


McMaster Carr
P.O. Box 7690
Chicago, IL 60680


Metro Machinery Rebuilders
2701 Nicholas Road
Franksville, WI 53126


National City
P.O. Box 931034
Cleveland, OH 44193


National City Bank
995 Dalton Avenue
Cincinnati, OH 45203


National City Bank
995 Dalton Avenue
350 West North Avenue
Cincinnati, OH 45203


National City Commercial Capital
995 Dalton Avenue
Cincinnati, OH 45203


Network Solutions
P.O. Box 3999
Burlington, MA 01803


Newark in One
4801 N. Ravenswood Avenue
Chicago, IL 60661


PMA Sales, Inc.
1082 Pathview Court
Dacula, GA 30019


Rapid Capital
c/o John Turnham
14525 Highway 7, Suite 350
Minnetonka, MN 55345

Robbins Technical
P.O. Box 266
Williams Bay, WI 53191


Rockford Forms & Graphics
8173 Starwood Drive
Rockford, IL 61108


Ron Weidner
7705 Industrial Drive
Spring Grove, IL 60081


Royal Bank
9226 S. Commercial Avenue
Chicago, IL 60617


S.A. Meier Co. of Milwaukee, Inc.
230 James Street
Wales, WI 53183


S.O.S. Inc.
P.O. Box 83
Westfield, WI 53964


Saporito Finishing Co.
P.O. Box 669
Elgin, IL 60123


Sprint
P.O. Box 219554
Kansas City, MO 64121


Steiner Electric Company
1250 Touhy Avenue
Elk Grove Village, IL 60007-5302


Svenson Consulting
2424 N. Hidden Trail Blvd.
Springfield, IL 62701


Symetra Life Insurance Company
Box 34815
Seattle, WA 98060

T.P.C.O., LLC
Dept. CH
Box 14193
Palatine, IL 60067


The Tipler Corporation
2745 Curtiss Street
Downers Grove, IL 60559


Thomas Publishing Company, LLC
Box 223152
Pittsburgh, PA 15201


Total Plastics, Inc.
23559 Network Place
Chicago, IL 60661


Treasury Department Union Special C
One Union Special Plaza
Huntley, IL 60142


Uline
2105 S. Lakeside Drive
Waukegan, IL 60085


UP Special Delivery, Inc.
821 East Blvd.
Kingsford, MI 49802


UPS
Lockbox 577
Carol Stream, IL 60132-0577


Varesources, Inc.
P.O. Box 6434
Carol Stream, IL 60132


WI Dept. of Revenue
2135 Rimrock Road
Madison, WI 53713


Wishcom Wireless
2249 Pierce Drive
Spring Grove, IL 60081

# United States Bankruptcy Court
## Northern District of Illinois

In re   **C & M Manufacturing, Inc.**

Debtor(s)

Case No. _____

Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **C & M Manufacturing, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 2, 2008**

Date

**/s/ JASON H. ROCK**

**JASON H. ROCK**
Signature of Attorney or Litigant
Counsel for **C & M Manufacturing, Inc.**
**BARRICK, SWITZER LAW OFFICE**
**6833 STALTER DRIVE**
**FIRST FLOOR**
**ROCKFORD, IL 61108**
**(815) 962-6611 Fax:(815) 962-1758**